UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONDRA FUJIWARA,** | ) Case No. 3:15-cv-00679-JD |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **RASH CURTIS & ASSOCIATES,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this <u>11th</u> day of ~~July~~ August, 2015.

_____
The Honorable

